# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

162050 (71)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STEPHEN KANTOS,
          Plaintiff-Appellant,

v

LEONARD MAJOR, BARBARA MAJOR,
AQUA SHORES MARINA, AQUA SHORES
MANAGEMENT, INC., and SILVER SHORES,
INC.,
          Defendants-Appellees.

SC:  162050
COA:  346680
Wayne CC:  14-003201-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's March 17, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



Clerk

a0524